UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON P. CHEN, | ) | No. CV 12-6819 FFM |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY HARRINGTON, Warden | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Decision Denying Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 10, 2014

                                                             /S/ FREDERICK F. MUMM
                                                             FREDERICK F. MUMM
                                                        United States Magistrate Judge